IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUSSELL R. LOVELESS and
MARY ELLEN HENNINGS,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

CIVIL ACTION NO. 3:13-CV-01546
(JUDGE CAPUTO)
(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this \_\_\_13TH\_\_\_ day of November, 2014, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 43) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 43) is **ADOPTED**.

(2) Plaintiff's Motion for a Preliminary Injunction (Doc. 29) is **DENIED** as moot without prejudice to refiling should Defendant or its contractors re-enter property of Plaintiffs.

(3) The matter is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge