**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUSSELL LOVELESS and MARY ELLEN HENNINGS, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 3:CV-13-1546 <br> (JUDGE CAPUTO) <br> (MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW**, this 24th day of September, 2015, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 51) is **ADOPTED in part and REJECTED in part** as follows:
   (A) The recommendation to allow Plaintiffs to proceed with their quiet title claim against Mortgage Electronic Registration Systems, Inc. is **REJECTED**.
   (B) The recommendations set forth in the Report and Recommendation are otherwise **ADOPTED**.

(2) Defendants' Motion to Dismiss (Doc. 39) is **GRANTED in part and DENIED in part** as follows:
   (A) All claims against MERSCORP, Inc. are **DISMISSED with prejudice**.
   (B) All breach of contract claims are **DISMISSED with prejudice** except the breach of contract claim against Bank of America, N.A. and BAC Home Loans Servicing, LP for failure to pay taxes.
   (C) All FDCPA claims by Plaintiff Mary Ellen Hennings are **DISMISSED with prejudice** except the claim based on contractors entering the property, changing the locks, and removing personal property.
   (D) The quiet title claim is **DISMISSED with prejudice** as against Mortgage Electronic Registration Systems, Inc.
   (E) The motion to dismiss is **DENIED** in all other respects.

(3) The action is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge
