IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUSSELL R. LOVELESS and MARY ELLEN HENNINGS,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

NO. 3:13-CV-01546

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 19th day of September, 2016, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 85) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 85) is **ADOPTED in its entirety**.
(2) Plaintiffs' Motions for a Preliminary Injunction (Docs. 60 & 74) are **DENIED**.
(3) The matter is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge